UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID RAMOS, )<br>)<br>　　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>MICHAEL J. ASTRUE, )<br>**Commissioner of the Social** )<br>**Security Administration,** )<br>)<br>　　　　　Defendant. )<br>_____ ) | Case No. EDCV07-00849 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed.**

February 28, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge